IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERRENCE CROSLIN             * | |
|     Plaintiff, | |
|                                         * | |
| v.                                    CIVIL ACTION NO. CCB-05-3406 | |
|                                         * | |
| RALPH TYLER, | |
|     Defendant.             * | |
|                                       *** | |

**MEMORANDUM**

Plaintiff, a resident of Baltimore, Maryland, filed this action against City Solicitor Ralph Tyler. The gravamen of the complaint relates to plaintiff's allegation that on March 26, 2004, he received a traffic ticket for proceeding through a red light. Plaintiff maintains that the "timing for the amber phase did not meet the standard set by the Department of Transportation and Governor Robert Ehrlick [sic]". Paper No. 4. Plaintiff seeks "restitution." *Id.* Plaintiff has filed a motion for leave to proceed in forma pauperis (Paper No. 2), which was previously granted. For reasons to follow, the complaint shall be dismissed.

To state a claim under § 1983, plaintiff must allege that defendant was acting under color of state law and that the conduct alleges violated plaintiff's established rights or privileges as secured by the Constitution or federal laws. *See Cole v. Summey*, 329 F.Supp.2d 591, 596 (M.D. N.C. 2004). Such a claim may be brought only against those personally responsible for the deprivation of rights. *See Sanville v. McCaughtry*, 266 F.3d 724, 740 (7th Cir. 2001).

Where, as here, plaintiff identifies absolutely no constitutional or federal law violations committed by the City Solicitor, he has failed to meet the threshold requirements for maintaining

a civil rights claim.  This case shall be dismissed.  A separate Order shall be entered in conformance with this Opinion.


Date: __March 23, 2006__                                  _____/s/_____
                                                                            Catherine C. Blake
                                                                            United States District Judge